LAW LIBRARY

NO. 30705

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

CINDY MCENRY, Petitioner,

vs.

DISTRICT COURT OF THE FIRST CIRCUIT, WAIANAE DIVISION,
STATE OF HAWAI‘I, and AAHUALII KB, LLC, a Hawaii
Limited Liability Company, Respondents.

ORIGINAL PROCEEDING
(CIVIL NO. 1RC10-1-5251)

ORDER
(By: Duffy, J. for the court[1])

Upon consideration of the motion for reconsideration of the August 31, 2010 order denying the petition for a writ of prohibition,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai‘i, September 10, 2010.

FOR THE COURT:

James E. Duffy, Jr.

Associate Justice



---

[1] Considered by: Nakayama, Acting C.J., Acoba, Duffy, and Recktenwald, JJ. and Circuit Judge Kubo, assigned by reason of vacancy.